UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK A. RUGIERO,

    Plaintiff,

v.

Case No. 11-12312

Paul D. Borman
United States District Judge

FLAGSTAR BANK, FSB,
NATIONSTAR MORTGAGE, LLC,
FANNIE MAE, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS,

    Defendants.
_____/

## ORDER FINDING ORDER TO SHOW CAUSE SATISFIED

On June 3, 2011, this Court issued an Order to Show Cause why Defendants' removal petition should not be dismissed for failure to indicate whether all properly served Defendants joined in the removal. By response filed June 24, 2011, Defendants satisfactorily responded to this inquiry and the Court will not, therefore, dismiss the petition for failure to join all properly served Defendants. The Court expresses no opinion on other possible challenges to the Court's subject matter jurisdiction.

IT IS SO ORDERED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 7-25-11