**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICK A. RUGIERO,

      Plaintiff,

v.

FLAGSTAR BANK, FST, NATIONSTAR
MORTGAGE, LLC, FANNIE MAE,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,

Defendants.
_____/

Case No. 11-12312
Hon. Paul D. Borman
Magistrate Judge Paul J. Komives

## JUDGMENT OF DISMISSAL

The Court having this day entered an opinion and order granting defendants' Motion to Dismiss,

IT IS ORDERED that this case is DISMISSED.

                                                S/Paul D. Borman
                                                Paul D. Borman
                                                United States District Judge

Dated: March 29, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                                                S/Julie Owens
                                                Case Manager